# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 15, 2023

Mr. Jefferson David Clendenin
Office of the Attorney General
Financial Litigation & Charitable Trusts Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. Jonathan David Landers
917 Franklin Street
Suite 300
Houston, TX 77002

Mr. Matthew Dennis Ottoway
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711-2548

    No. 19-70008   Tong v. Lumpkin
                         USDC No. 4:10-CV-2355

Dear Mr. Clendenin, Mr. Landers, and Mr. Ottoway,

The court requests supplemental briefing in light of the district court's memorandum and order of March 4, 2023. The appellant's supplemental brief is due forth (40) days from this date, the appellee's supplemental brief is due thirty (30) days thereafter, and any supplemental reply is due within twenty-one (21) days.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705